IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANDREA DAVIS,                                )
                                             )
                    Plaintiff,               )
                                             )
          -versus-                           )    CIVIL ACTION NO. CV406-149
                                             )
MICHAEL J. ASTRUE,                           )
Commissioner of Social Security,             )
                                             )
                    Defendant.               )
_____        )

## CONSENT ORDER APPROVING ATTORNEY'S FEES

Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, Plaintiff, Andrea Davis, and Defendant, Michael J. Astrue, Commissioner of Social Security, through their respective counsel, have stipulated and agreed that: (1) this case was remanded pursuant to a motion brought by Defendant seeking a voluntary remand under Sentence Four of 42 U.S.C. § 405(g) for additional administrative action; (2) Plaintiff has met the statutory requirements and is entitled to reasonable attorney's fees and expenses; and (3) Plaintiff is entitled to Four Thousand Five Hundred Dollars and 00/100 ($4,500.00) in attorney's fees and expenses.

IT APPEARING TO THE COURT that the award of attorney's fees is proper, and that the stipulated and agreed to amount is fair and reasonable,

IT IS ORDERED that attorney's fees in the amount of Four Thousand Five Hundred Dollars and 00/100 ($4,500.00) be awarded to Plaintiff under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and that the Plaintiff's petition for fees now pending before this Court be

dismissed with prejudice in accordance with the parties' agreement.

SO ORDERED this __7th__ day of __May__, 2007.

_Magistrate_ JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

CONSENTED AND AGREED TO BY:

Kyle G.A. Wallace
Assistant United States Attorney
Georgia Bar No. 734167

Robert Rosenblum
Counsel for Plaintiff
Georgia Bar No. 614562